FILE COPY



**Court of Appeals**

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 29, 2020

Honorable Steven R. Emmert
Judge, 31st District Court
P.O. Box 766
Wheeler, TX 79096-0766
* DELIVERED VIA E-MAIL *

Caleb Logan Hart
TDCJ-ID #01961094
Clements Unit
9601 Spur 591
Amarillo, TX 79107

**RE:**  Case Numbers:  07-20-00201-CV, 07-20-00202-CV, 07-20-00203-CV,
07-20-00204-CV, 07-20-00205-CV, 07-20-00206-CV

**Style:**  In re Caleb Logan Hart, Relator

Dear Judge Emmert and Mr. Hart:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

Vivian Long, Clerk

cc:  Jo Mays (DELIVERED VIA E-MAIL)